

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00577-CV

**IN THE INTEREST OF L.M.W.**, a Child

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2021PA01534
Honorable Kimberly Burley, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's memorandum opinion of this date, the judgment of the trial court is AFFIRMED. Costs of appeal are not assessed against appellants because they qualify as indigent.

SIGNED March 6, 2023.

_____
Irene Rios, Justice